ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

ANDREW T. PRIBE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6551
Facsimile:   (213) 894-0115
Email: Andrew.T.Pribe@usdoj.gov
CA Bar #: 254904

HARRIS J. PHILLIPS
Massachusetts BBO #: 675603
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 616-1906
Facsimile: (202) 514-6770
E-mail: Harris.J.Phillips@usdoj.gov

Attorneys for Plaintiff,
United States of America

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN ANDRE MITCHELL,<br><br>　　　　　Defendant. | Case No. CV 13-312ODW(AJWx)<br><br>**Final Order**<br>**of Permanent Injunction** |

Plaintiff, the United States of America, has filed a complaint seeking a permanent injunction against defendant Stephen Andre Mitchell. The United States alleges that Stephen Mitchell has continually and repeatedly engaged in conduct subject to penalty under 26 U.S.C. § 6694 in connection with his preparation of federal tax returns. The United States of America and Stephen Mitchell entered into the following stipulation:

Stephen Mitchell admits that this Court has jurisdiction over him and over the subject matter of this action pursuant to 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402 and 7407. Stephen Mitchell does not admit or deny any of the other allegations in the complaint.

Stephen Mitchell voluntarily consents to entry of this permanent injunction under 26 U.S.C. §§ 7402 and 7407, and waives any right he may have to appeal from this permanent injunction. The parties waive the entry of findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65. The parties agree that entry of this permanent injunction neither precludes the Internal Revenue Service from assessing penalties against Stephen Mitchell for asserted violations of the Internal Revenue Code nor precludes Stephen Mitchell from contesting any such penalties. The parties further agree that entry of this Final Order for Permanent Injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Stephen Mitchell from contesting his liability in any matter or proceeding.

**ORDER OF PERMANENT INJUNCTION**

Based on the stipulation between the parties,

IT IS HEREBY ORDERED that Stephen Mitchell and his representatives, agents, servants, employees, attorneys, independent contractors, and any other

person working in concert or participation with him directly or indirectly, are enjoined under 26 U.S.C. §§ 7402(a) and 7407 from:

  (a) Preparing, assisting in the preparation of, or filing others' federal tax returns, amended returns, claims for refund or any other federal tax-related documents;

  (b) Engaging in conduct subject to penalty under I.R.C. § 6694;

  (c) Representing, or appearing on behalf of, any person before the Internal Revenue Service; and

  (d) Engaging in conduct that substantially interferes with the administration and enforcement of the internal revenue laws.

IT IS FURTHER ORDERED that Stephen Mitchell shall mail, within thirty days of this order, a notice to all persons for whom he prepared federal tax returns, amended returns, refund claims, or any other federal tax-related documents since January 1, 2006.  This notice shall inform them that a permanent injunction has been entered against him and contain a copy of that injunction.  Further, Stephen Mitchell is ORDERED, pursuant to 26 U.S.C. § 7402(a), to file a certificate of compliance, signed under the penalty of perjury and stating that he has complied with this paragraph, with the Court within thirty days of this order.

IT IS FURTHER ORDERED that Stephen Mitchell shall produce to counsel for the United States, within thirty days of this order, a complete list of all persons identified in the preceding paragraph, identifying each person's name, social security number, address, e-mail address, telephone number, and the tax period(s) for which he prepared a tax-related document for that person.

IT IS FURTHER ORDERED that Stephen Mitchell provide a copy of this permanent injunction within thirty days of this order to all of his principals, officers, managers, employees, and independent contractors, and provide to

counsel for the United States within thirty days of this order a signed and dated acknowledgment of receipt for each person whom he provided such a copy.

IT IS FURTHER ORDERED that the United States be permitted to engage in post-judgment discovery to monitor and ensure Stephen Mitchell's compliance with the terms of this permanent injunction.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Stephen Mitchell and over this action to implement and enforce this Permanent Injunction.

Date: February 1, 2013

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

*Respectfully submitted*,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE
Assistant United States Attorney
         /s/
HARRIS J. PHILLIPS
Trial Attorney
U.S. Department of Justice, Tax Division

*Attorneys for Plaintiff, United States of America*